Tina S. Rosine et al., Appellants, *v.* The Richmond County Federal Savings and Loan Association, Respondent.

Argued January 15, 1945; decided March 1, 1945.

*Francis P. Heffernan* for appellants.
*William E. Lyons* for respondent.

Judgment of Appellate Division reversed and that of Trial Term affimed, with costs in this court and in the Appellate Division. Whether or not the defect in question was discoverable upon reasonable inspection was properly submitted to the jury as a question of fact. No opinion.

Concur: LOUGHRAN, LEWIS, CONWAY, DESMOND, and DYE, JJ. Dissenting: LEHMAN, Ch. J., and THACHER, J.